1060

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JOHN ZIEGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01271-3, Jill Johanson, J., entered March 16, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

CLALLAM COUNTY, *Respondent*, v. NOEL FEAKES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-2-00671-2, George L. Wood, J., entered November 19, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.

DEREK B. SMITH ET AL., *Appellants*, v. KITSAP COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-2-02775-1, Leonard W. Costello, J., entered April 29, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. BRADY ALLAN MUSHLITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00908-6, John M. Antosz, J., entered July 13, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.